JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCDANIEL,<br><br>           Petitioner,<br><br>v.<br><br>TERESA CISNEROS,<br><br>           Respondent. | Case No. 2:21-cv-08831-CAS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: October 3, 2023

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE